1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
9                       AT SEATTLE

10  SALLY A. FREDERICK,                    Case No. C13-1903-RSM

11              Plaintiff,

12                                         ORDER REVERSING AND
                                           REMANDING CASE FOR FURTHER
        v.
13                                         ADMINISTRATIVE PROCEEDINGS

    CAROLYN W. COLVIN, Acting
14  Commissioner of Social Security,

15              Defendant.

16

17          The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all

18  papers and exhibits filed in support and opposition thereto, the Report and Recommendation of

19  the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the

20  record, does hereby find and ORDER:

21          (1)     The Court adopts the Report and Recommendation.

22          (2)     The final decision of the Commissioner is REVERSED and this case is

23  REMANDED to the Social Security Administration for further proceedings consistent with the

24  Report and Recommendation.

25

26

ORDER REMANDING CASE
PAGE - 1

1         (3)    The Clerk of the Court is directed to send copies of this Order to the parties and

2    to Judge Donohue.

3         DATED this 18 day of November 2014.

4

5

6                            RICARDO S. MARTINEZ
                        UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER REMANDING CASE
PAGE - 2